```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

ANGELA WAHAB,

              Plaintiff,

- against -

SUNFOOD CORPORATION,

              Defendant.

------------------------------------

24-cv-1791 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **May 24, 2024.** Failure to notify the Court by that date may result in dismissal without prejudice.

SO ORDERED.

Dated:    New York, New York
            April 29, 2024

                                              John G. Koeltl
                                     United States District Judge