UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELA WAHAB,

                Plaintiff,        24-cv-1791 (JGK)

    - against -                <u>ORDER</u>

SUNFOOD CORPORATION,

                Defendant.

---

The time for the defendant to answer or respond to the complaint was April 9, 2024. ECF No. 5. On April 8, 2024, the Court extended the time to answer or respond to the complaint to May 9, 2024. ECF No. 7.

To date, no answer has been filed. The time for the defendant to answer or respond to the complaint is extended for a final time to **May 24, 2024.**

SO ORDERED.

Dated:   New York, New York
          May 14, 2024

                                              _____
                                              John G. Koeltl
                                        United States District Judge